No. 4133.—Rivera Rodríguez, apdo., *v.* Hernández, aplte. —C. D. Guayama. Cobro de dinero. Dic. 21, 1926. Desestimado el recurso a instancia del apelado porque habiendo sido aprobada la transcripción de la evidencia en julio 12, 1926, la parte apelante no ha hecho desde entonces gestión alguna para elevar los autos a esta Corte Suprema.

El Juez Asociado Sr. Hutchison no intervino.

No. 2907.—El Pueblo, apdo., *v.* Franco, aplte.—C. D. Guayama. Portar armas. Dic. 22, 1926.

Por cuanto el acusado fué declarado culpable de portar un machete, siendo éste un instrumento con el cual puede causarse daño corporal;

Por cuanto no conforme el acusado apeló de la sentencia sosteniendo como único error que la acusación no aduce hechos suficientes para constituir un delito público porque en la misma no se hizo constar que el machete por su carácter de instrumento agrícola, no se portaba o conducía con motivo u ocasión de utilizarlo en algún oficio o faena agrícola;

Por cuanto el punto en controversia fué decidido en el caso de *El Pueblo* v. *Rivera,* 35 D.P.R. 545, en sentido adverso al apelante y en donde quedó discutida ampliamente la cuestión envuelta.

Por tanto, por las mismas razones que quedaron consignadas en dicho caso, se declaró sin lugar el recurso y se confirmó la sentencia apelada.

El Juez Asociado Sr. Wolf disintió.